

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paula Morris,                                    * From the 385th District Court
                                                    of Midland County,
                                                    Trial Court No. CV57069.

Vs. No. 11-22-00209-CV                           * November 30, 2023

City of Midland, Texas,                          * Memorandum Opinion by Trotter, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Wright, S.C.J.,
                                                    sitting by assignment)
                                                    (Williams, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.